UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jillian Sullivan v. Uber Technologies, Inc, et al.;* 3:23-cv-05418-CRB | Case No. 3:23-md-03084-CRB<br><br>Judge:    Honorable Charles Breyer<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS AND THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S SECOND REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); |

## ORDER

Upon request of Third-Party Plaintiffs for administrative relief and for good cause, **IT IS HEREBY ORDERED** that the service deadline for the Third-Party Complaint be extended to and including June 3, 2025.

**IT IS SO ORDERED.**

Dated: April 9, 2025

GRANTED
Judge Charles R. Breyer